Tracy A. Miller, SBN 015920
Douglas (Trey) Lynn, SBN 028054
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Tracy.Miller@ogletreedeakins.com
Trey.Lynn@ogletreedeakins.com

Attorneys for Defendant The Concentrix Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Damien Bryant Lincoln, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>The Concentrix Corporation, a new York Corporation doing business in Arizona,<br><br>Defendant. | No. 2:16-cv-02636-HRH<br><br>**NOTICE OF SETTLEMENT** |

Defendant The Concentrix Corporation, by and through its undersigned counsel, hereby submits this Notice of Settlement to inform the Court that the parties have reached a settlement in this matter. The parties will file a stipulation to dismiss with prejudice when the settlement documentation has been finalized.

DATED this 28th day of April, 2017.

                                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                                By      s/Douglas (Trey) Lynn
                                    Tracy A. Miller
                                    Douglas (Trey) Lynn
                                    2415 East Camelback Road, Suite 800
                                    Phoenix, Arizona 85016
                                    Attorneys for Defendant The Concentrix Corporation

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Nathan M. Smith
ARIANO & ASSOCIATES
2375 E. Camelback Rd.
Suite 600
Phoenix, AZ 85016
Nathan@Ariano.legal


    s/Jessica Oliverson

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700